UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2/10/2022
BY _____ Uhw _____
DEPUTY CLERK

Robert W. Johnson )

_____
Plaintiff(s)

Human Resources Administration Dept. of
Homeless Services, et al. )    Civil Action No: 2:22·cv·44

vs.

_____
Defendant(s)

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at New York _____, ~~Vermont~~ this 7TH _____ day of February _____, 2022.

_____
Plaintiff

(Rev. 3/12)